BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 8847
NETTLES LAW FIRM
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
briannettles@nettleslawfirm.com
eric@nettleslawfirm.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY RAPPA, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> STEWART CHARLES SLINGER, an individual; EMERSON NETWORK POWER, ENERGY SYSTEMS, NORTH AMERICA, INC. a Washington foreign corporation; EMERSON ELECTRIC CO., a Washington foreign corporation; DOES 1 through10; and ROE CORPORATIONS 11 through 20, inclusive, <br><br> Defendants. | CASE NO.   2:11-cv-01062-PMP-GWF <br><br> JOINT INTERIM STATUS REPORT AND JOINT REQUEST TO EXTEND TIME TO PREPARE CONSOLIDATED PRE-TRIAL ORDER |

Plaintiff Anthony Rappa and defendants Stewart Charles Slinger, Emerson Network Power, Energy Systems, North America, Inc. and Emerson Electric Co. (collectively, "Defendants") submit this Joint Interim Status Report pursuant to Local Rule 26-3 and Joint Request to Extend Time to Prepare Consolidated Pre-Trial Order.

///

///

1. <u>Estimated Time Required For Trial</u>

The parties estimate that one (1) week will be required for the trial of this matter.

2. <u>Three Alternative Available Trial Dates</u>

Counsel expect to be ready and available for trial during the following weeks: February 18th, February 25th and March 4th, 2013. Good cause exists for setting trial on the proposed dates:

    a. This case concerns an automobile accident. Plaintiff allegedly suffered a spinal injury. Plaintiff contends that he may require future medical treatment and has an appointment scheduled with his doctor in July 2012 to discuss his status including the possibility of surgery.

    b. Because of conflicting schedules and already scheduled trial dates, plaintiff and defendants' counsel are mutually available on the proposed dates.

    c. The parties are interested in possible settlement and will be able to discuss it following plaintiff's visit with his doctor in July 2012. The parties are also agreeable to mediation.

    d. Plaintiff has visited over 15 medical providers (hospital, spinal, pain management, x-ray, etc) for his alleged injuries. Subpoenas have been served on the medical providers. Plaintiff's medical providers have outstanding liens that need to be negotiated, resolved and/or paid.

3. <u>Opinions of Counsel Regarding Impact of Contemplated Substantive Motions</u>

Counsel do not anticipate the filing of any substantive motions at this time. The parties have stipulated to the dismissal of defendant Emerson Electric Co.

4. <u>Request to Extend Time to Prepare Consolidated Pre-Trial Order</u>

<u>Local Rule 6-1(b)</u>: Under Local Rule 6-1(b), every stipulation to extend time must inform the court of any previous extensions granted and state the reasons for the extension requested. No prior extensions have been granted in this case.

1  Local Rule 26-4: Under Local Rule 26-4, an application to extend any date must be received no later than 20 days before the cut-off date or any extension thereof. The current date for preparation of the Consolidated Pre-Trial Order is June 29, 2012. Accordingly, the twenty (20) day requirement is satisfied.

Because of the proposed trial date, plaintiff's medical status, counsels' current schedules and the number of third-party medical providers involved, good cause exists for extending the date for the parties to prepare a consolidated pre-trial order. Accordingly, the parties respectfully request the date for the parties to prepare a consolidated pre-trial order be set for November 2, 2012.

DATED this 2/ day of May, 2012.

NETTLES LAW FIRM

By: _____
Brian D. Nettles, Esq.
Nevada Bar No. 7462
Eric L. Marshall, Esq.
Nevada Bar No. 8447
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
*Attorneys for Plaintiff Anthony Rappa*

DATED this 21st day of May, 2012.

CANE CLARK LLP

By: _____
John J. Laxague, Esq.
Nevada Bar No. 7417
3273 East Warm Springs Road
Las Vegas, Nevada 89120
*Attorney for Defendants Emerson Electric Co., Emerson Network Power, Energy Systems, North America, Inc., and Stewart Charles Slinger*

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 110
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)

1  DATED this __21__ day of May, 2012.

2  HENNELLY & GROSSFELD LLP

4  By: _____
   Michael G. King
5  Nevada Bar No. 8827
6  Ryan Jike
   (Admitted Pro Hac Vice)
7  4640 Admiralty Way, Suite 850
   Marina del Rey, CA 90292
8  *Attorney for Defendants Emerson Electric Co.,*
9  *Emerson Network Power, Energy Systems,*
   *North America, Inc., and Stewart Charles Slinger*

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 14, 2012

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 110
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)