BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 8847
NETTLES LAW FIRM
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Telephone:  (702) 434-8282
Facsimile:  (702) 434-1488
briannettles@nettleslawfirm.com
eric@nettleslawfirm.com
Attorneys for Plaintiffs

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 110
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANTHONY RAPPA, an individual,           )
                                        )   CASE NO.    2:11-cv-01062-PMP-GWF
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )   **STIPULATION FOR DISMISSAL**
                                        )   **WITH PREJUDICE**
STEWART CHARLES SLINGER, an             )
individual; EMERSON NETWORK             )
POWER, ENERGY SYSTEMS, NORTH            )
AMERICA, INC. a Washington foreign      )
corporation; EMERSON ELECTRIC CO.,      )
a Washington foreign corporation; DOES 1 )
through10; and ROE CORPORATIONS 11      )
through 20, inclusive,                  )
                                        )
        Defendants.                     )
_____)

**IT IS HEREBY STIPULATED** by the parties, by and through their counsel of record, Brian D. Nettles and Eric L. Marshall of Nettles Law Firm, attorneys for Plaintiff, Anthony Rappa, and John J. Laxague of Cane Clark LLP and Ryan R. Jike of Hennelly & Grossfeld LLP, attorneys for defendants Stewart Charles Slinger and Emerson Network Power, Energy Systems, North American, Inc., that this action is hereby dismissed with prejudice, pursuant to Fed. Rule Civ. Proc. 41(a) (1)(a)(ii.) Each party will bear its respective attorney's fees, costs and expenses.

1  DATED this ___ day of November, 2012.       DATED this ___ day of November, 2012.

2  NETTLES LAW FIRM                            CANE CLARK LLP

3

4  By: _____              By: _____
   Brian D. Nettles, Esq.                      John J. Laxague, Esq.
5  Nevada Bar No. 7462                         Nevada Bar No. 7417
   Eric L. Marshall, Esq.                      3273 East Warm Springs Road
6  Nevada Bar No. 8447                         Las Vegas, Nevada 89120
7  1389 Galleria Drive, Suite 110              *Attorney for Defendants Emerson Electric Co.,*
   Henderson, Nevada 89014                     *Emerson Network Power, Energy Systems,*
8  *Attorneys for Plaintiff Anthony Rappa*     *North America, Inc., and Stewart Charles*
9                                              *Slinger*

10

11 DATED this ___ day of November, 2012.

12 HENNELLY & GROSSFELD LLP

13

14 By: _____
15 Michael G. King
   Nevada Bar No. 8827
16 Ryan Jike
17 (Admitted Pro Hac Vice)
   4640 Admiralty Way, Suite 850
18 Marina del Rey, CA 90292
   *Attorney for Defendants Emerson Electric Co.,*
19 *Emerson Network Power, Energy Systems,*
20 *North America, Inc., and Stewart Charles Slinger*

21

22                              IT IS SO ORDERED.

23

24                              _____
                                PHILIP M. PRO
25                              UNITED STATES DISTRICT JUDGE

26                              Dated: December 6, 2012.

27

28

*NETTLES LAW FIRM*
1389 Galleria Drive, Suite 110
Henderson, NV 89014
702-434.8282 / 702-434.1488 (fax)