BRIAN D. NETTLES, ESQ.
Nevada Bar No. 7462
ERIC L. MARSHALL, ESQ.
Nevada Bar No. 8847
NETTLES LAW FIRM
1389 Galleria Drive, Suite 110
Henderson, Nevada 89014
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
briannettles@nettleslawfirm.com
eric@nettleslawfirm.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY RAPPA, an individual, | CASE NO.   2:11-cv-01062-PMP-GWF |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| STEWART CHARLES SLINGER, an individual; EMERSON NETWORK POWER, ENERGY SYSTEMS, NORTH AMERICA, INC. a Washington foreign corporation; EMERSON ELECTRIC CO., a Washington foreign corporation; DOES 1 through10; and ROE CORPORATIONS 11 through 20, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by the parties, by and through their counsel of record, Brian D. Nettles and Eric L. Marshall of Nettles Law Firm, attorneys for Plaintiff, Anthony Rappa, and John J. Laxague of Cane Clark LLP and Ryan R. Jike of Hennelly & Grossfeld LLP, attorneys for defendants Stewart Charles Slinger and Emerson Network Power, Energy Systems, North American, Inc., that this action is hereby dismissed with prejudice, pursuant to Fed. Rule Civ. Proc. 41(a) (1)(a)(ii.)  Each party will bear its respective attorney's fees, costs and expenses.

1   DATED this 1st day of November, 2012.        DATED this 1st day of November, 2012.

2   NETTLES LAW FIRM                              CANE CLARK LLP

4   By: _____                  By: _____
    Brian D. Nettles, Esq.                         John J. Laxague, Esq.
5   Nevada Bar No. 7462                            Nevada Bar No. 7417
    Eric L. Marshall, Esq.                         3273 East Warm Springs Road
6   Nevada Bar No. 8447                            Las Vegas, Nevada 89120
7   1389 Galleria Drive, Suite 110                 *Attorney for Defendants Emerson Electric Co.,*
    Henderson, Nevada 89014                        *Emerson Network Power, Energy Systems,*
8   *Attorneys for Plaintiff Anthony Rappa*        *North America, Inc., and Stewart Charles*
                                                   *Slinger*

11  DATED this 1st day of November, 2012.

12  HENNELLY & GROSSFELD LLP

14  By: _____
15  Michael G. King
    Nevada Bar No. 8827
16  Ryan Jike
    (Admitted Pro Hac Vice)
17  4640 Admiralty Way, Suite 850
18  Marina del Rey, CA 90292
    *Attorney for Defendants Emerson Electric Co.,*
19  *Emerson Network Power, Energy Systems,*
    *North America, Inc., and Stewart Charles Slinger*

                                                   IT IS SO ORDERED.

                                                   _____
                                                   PHILIP M. PRO
                                                   UNITED STATES DISTRICT JUDGE

                                                   Dated: December 6, 2012.

-2-